Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00453-CV

____________

 

SAN MIGUEL CIVIC ASSOCIATION, INC., Appellant

 

V.

 

IAN GENTLES, Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 07-CV-156057

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 25, 2008.  On October 29, 2008, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.